```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  CR. NO. S-12-298 LKK
                                   )
12          Plaintiff,             )  ORDER RE: SCHEDULING
                                   )  STATUS CONFERENCE/PLEA,
13      v.                         )  AND EXCLUDING TIME UNDER
                                   )  THE SPEEDY TRIAL ACT
14  SERGIO ADRIAN RAMIREZ          )
                                   )  DATE: October 30, 2012
15          Defendant.             )  TIME: 9:15 a.m.
    _____)  CTRM: Hon. Lawrence K. Karlton
16
```

On September 25, 2012, the Court held a status conference in this case.  Assistant United States Attorney William S. Wong appeared on behalf of plaintiff, United States of America.  Gilbert Roque, Esq., appeared with defendant SERGIO ADRIAN RAMIREZ, who was in custody.

At the request of the defendant, this Court granted a continuance for further status conference to October 30, 2012, at 9:15 a.m.  Counsel for the defendant advised the court that he needs additional time to investigate the case and to review discovery.  At the request of all parties, the Court further excluded time from September 25, 2012, to, and including, October 30, 2012, from computation of time within which the trial of this must be commenced

1

pursuant Local Code T4 (give the parties reasonable time to prepare). The Court finds that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED:                                        BENJAMIN W. WAGNER
                                             United States Attorney

                                 By: /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney

                          O R D E R

IT IS SO ORDERED

DATED: October 15, 2012

                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT