BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 12-CR-0298 LKK |
| ) Plaintiff, ) | STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND HEARING |
| v. ) | |
| SERGIO ADRIAN RAMIREZ, ) | |
| ) Defendant. ) | |
| ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant SERGIO ADRIAN RAMIREZ, through his counsel, Gilbert Roque, Esq., stipulate and agree to the following revised briefing schedule and hearing regarding the defendant's motion to suppress evidence currently set for February 5, 2013, at 9:15 a.m.:

1. Government's response shall be filed no later than February 8, 2013;

2. Defendant's reply, if any, shall be filed no later than February 15, 2013; and

1 | 3. A non-evidentiary hearing on the motion to be set for
2 | February 26, 2013, at 9:15 a.m.

Because of the issues raised by the defendant's motion to suppress evidence, the government conducted further investigation and obtained additional discovery which addresses the issue raised by the defendant. The government will provide that information to the defendant to allow the defendant an opportunity to reconsider the government's initial offer to resolve the case. Once the defendant makes his decision, the government will need time to either to prepare a plea a agreement or respond to the defendant's motion to suppress evidence.

If the defendant decides to proceed with its motion, time will be needed for the government to conduct further legal research and write its opposition to the defendant's motion to suppress evidence. Defense counsel then needs additional time to respond. Accordingly, the parties stipulate to the revised law and motion schedule and request that time be excluded pursuant to Local Code E and T-4.

Respectfully submitted,

DATED: January 25, 2013
BENJAMIN B. WAGNER
United States Attorney

By: /s/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

DATED: January 25, 2013    By: /s/ Gilbert Roque
GILBERT ROQUE
Attorney for Defendant

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 12-CR-0298 LKK |
| Plaintiff, | ) | ORDER TO RESET BRIEFING SCHEDULE AND HEARING |
| v. | ) | |
| SERGIO ADRIAN RAMIREZ, | ) | |
| Defendant. | ) | |

For the reasons set forth above, the revised law and motion schedule is adopted. Since the defendant has filed his motion to suppress evidence, time will continue to be excluded because of the pending motion pursuant to Local Code E and 18 U.S.C. § 3161(h)(1)(D), and Local Code T-4 from the filing of the motion to February 26, 2013. The court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 29, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3